**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MOZDZIERZ CONSULTING, INC.
and WILLIAM F. MOZDZIERZ,

            Case No. 04-CV-74925-DT

    Plaintiffs,

            HONORABLE DENISE PAGE HOOD

v.

MILE MARKER, INC. and MILE MARKER
INTERNATIONAL, INC.,

    Defendants.
_____/

## **JUDGMENT**

    In accordance with the Order entered this date dismissing this action without prejudice;

    Accordingly, judgment is entered in favor of Defendants and against Plaintiffs.

            DAVID J. WEAVER
            CLERK OF COURT


Approved:            By: s/  Wm. F. LEWIS
                           Deputy Clerk

  /s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: March 28, 2006

    I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2006, by electronic and/or ordinary mail.

            s/William F. Lewis
            Case Manager